412

## WILLIAMS v. STATE.
### No. 18043.

Court of Criminal Appeals of Texas.
Jan. 8, 1936.

Robert W. Dean, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed at two years in the penitentiary.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## WILLIAMS v. STATE.
### No. 18044.

Court of Criminal Appeals of Texas.
Jan. 8, 1936.

Robert W. Dean, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed at two years in the penitentiary.

The indictment is in proper form. The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

## Bennie WILLIAMS v. STATE.
### No. 18045.

Court of Criminal Appeals of Texas.
Jan. 8, 1936.

Robert W. Dean, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment and other matters of procedure appear regular. The facts heard before the trial court are not brought up for review. We perceived nothing in the record justifying a reversal.

The judgment is affirmed.